IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LETTIE GUILLIAM,          )<br>          Plaintiff,          )<br>                                    )<br>v.                                 )<br>                                    )<br>ADULT PROTECTIVE SERVICES, et al.,  )<br>          Defendants.          ) | 3:09-CV-0014-P |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of May, 2009.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE